UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 2, 2010**

Ms. Linda Kendall Garner
217 Exchange Ave.
Memphis, TN 38105

Mr. Terrance Eugene Tatum
Johnson Odel Kendall
217 Exchange Ave.
Memphis, TN 38105

      Re:    *Gwendolyn Granger v. An Nguyen, et al.*, 3:10-CV-00051-WRW

Dear Counsel:

I have received the Motion to Substitute Party and Dismiss,[1] which was filed by the United States of America as Party Defendant on March 15, 2010. The Motion appears to be well taken.

I assume that since you have not filed a response,[2] you agree with the United States' position. If you choose not to respond by 5:00 p.m., Thursday, April 8, 2010, I will grant the motion.

                                    Cordially,

                                      /s/  Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] Doc. No. 4.

[2] The response was due on Thursday, April 1, 2010.