## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**GWENDOLYN GRANGER**                                                                     **PLAINTIFF**

**vs.**                                             **3:10CV00051-WRW**

**AN NGUYEN,** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date granting Defendant's Motion to Dismiss, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 12th day of April, 2010.


                                                      /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE